UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARRY PAUL DOMINIQUE, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-0341** |
| **R. PETIE NEAL, ET AL.** | **SECTION "F"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Barry Paul Dominique, Jr.'s 42 U.S.C. § 1983 complaint against the defendants, Sheriff Jerry Larpenter, Medical Director R. Petie Neal, and Lieutenant T. Schwausch, is **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 13th day of May, 2020.

_____
**MARTIN L. C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**